# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

KUNTA J. COMMODORE,   )
          )
   Plaintiff,    )
          )
VS.          )   No. 12-2957-JDT-tmp
          )
GLEN WILLIAMS, et al.,   )
          )
   Defendants.   )

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF MAGISTRATE JUDGE

On August 28, 2013, Magistrate Tu M. Pham issued a report and recommendation on the pro se complaint that was filed in this matter [DE# 5]. Magistrate Judge Pham recommended the sua sponte dismissal Plaintiff's claims against Judge Gwen Rooks pursuant to 28 U.S.C. § 1915(e)(2)(iii) on the ground that judicial immunity bars those claims.[1] No objections have been filed. Therefore, Magistrate Judge Pham's report and recommendation [DE# 5] is ADOPTED in its entirety, and Judge Gwen Rooks is DISMISSED as a defendant. IT IS SO ORDERED.

      s/ **James D. Todd**
     JAMES D. TODD
     UNITED STATES DISTRICT JUDGE

---

[1] Magistrate Judge Pham also ordered service of process for Defendants Glen Williams and M. Boyd.